DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ 85064
(602) 241-0101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| MOFFITT, THOMAS RAYMOND | ) | CASE NO. 2-07-bk-06175-RJH |
| MOFFITT, RENEE GERALDINE, | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

    DAVID M. REAVES, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 2 | MERRICK BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $0.11 |
| 3 | Recovery Management Systems Corporation<br>For Capital Recovery One<br>As Assignee of CHASE MANHATTAN BANK<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131 | $0.03 |
| 4 | Harper Physical Therapy<br>42211 N. 41st Dr., #169<br>Anthem, AZ 85086 | $0.01 |
| 5 | American Express Travel Related Services Co, Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $1.97 |
| 6 | Capital Recovery II<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | $0.02 |
| 7 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | $0.06 |
| 8 | eCAST Settlement Corporation assignee of | $0.03 |

|  | | |
|---|---|---|
|  | HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | |
| 9 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $0.07 |
| 11 | Wells Fargo Bank, N.A.<br>MAC S4101-08C<br>100 W. Washington St., Phoenix, AZ 85003 | $1.81 |
| 12 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba CARE CREDIT/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $0.03 |
| 13 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba CARE CREDIT/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $0.04 |
| 14 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $0.06 |
| 15 | Prolink Solutions<br>410 South Benson Lane<br>Chandler, AZ 85224 | $0.78 |

*September 9, 2010*           */s/ David M. Reaves*
DATE           David M. Reaves, Trustee